**United States District Court**
For the Northern District of California

1          **\*E-Filed 12/1/11\***

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8          SAN FRANCISCO DIVISION

9

10

11    SAN DISK CORPORATION,                    No. C 11-5243 RS

12                    Plaintiff,
          v.                                   **ORDER RE BRIEFING OF PENDING**
13                                             **MOTIONS**
      ROUND ROCK RESEARCH LLC
14
                      Defendant.
15    _____/

16

17          Defendant's motion to dismiss for lack of personal jurisdiction and failure to state a claim,

18    and plaintiff's motion for leave to conduct jurisdictional discovery, are both set for hearing on

19    January 12, 2012.  Plaintiff seeks to have its deadline for opposing the motion to dismiss extended,

20    and the hearing on its motion for leave to conduct discovery advanced, so that it can incorporate the

21    results of jurisdictional discovery into its opposition to the dismissal motion.  Those requests are

22    denied.  Plaintiff should include in its opposition to the motion to dismiss all facts and arguments it

23    presently possesses as to why it contends a basis for personal jurisdiction exists.  Should that

24    showing prove insufficient, the Court will then take up the question of whether jurisdictional

25    discovery is warranted.  Accordingly, both motions will remain on calendar as presently scheduled.

26    To permit the parties a fair opportunity to prepare their briefing in light of this order, and taking into

27    account the holidays, oppositions to both motions shall be due on December 13, 2011, with replies

28    due on December 20, 2011. The parties should bear in mind that the question of whether

1    jurisdictional discovery will be allowed may be largely subsumed into the analysis of the motion to

2    dismiss, and that therefore further briefing on the motion for leave to conduct such discovery likely

3    need not be extensive.

4

5    IT IS SO ORDERED.

6

7    Dated: 12/1/11                                        _____

8                                                          RICHARD SEEBORG
                                                           UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2