BLACK CHANG & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@bchllp.com
Andrew G. Hamill (SBN 251156)
ahamill@bchllp.com
333 Bush Street, Suite 2250
San Francisco, California 94104
Telephone: 415-813-6210
Facsimile:  415-813-6222

DESMARAIS LLP
Jon T. Hohenthaner (admitted *pro hac vice*)
jhohenthaner@desmaraisllp.com
Ameet A. Modi (admitted *pro hac vice*)
amodi@desmaraisllp.com
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile:  212-351-3401

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ROUND ROCK RESEARCH LLC,<br><br>Defendant. | Case No. 3:11-cv-05243-RS<br><br>**DEFENDANT'S NOTICE OF PARTIAL WITHDRAWAL OF MOTION TO DISMISS PURSUANT TO CIVIL L.R. 7-7(e)** |

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 7-7(e), Defendant Round Rock Research LLC ("Round Rock") hereby partially withdraws its pending Motion to Dismiss (Dkt. No. 8) in view of Plaintiff's First Amended Complaint (Dkt. No. 26), to the extent that Round Rock's motion seeks dismissal for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

Round Rock continues to assert its Motion to Dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2), to be briefed and heard in accordance with the Court's December 1, 2011 Order (Dkt. No. 32).

Dated: December 12, 2011

Respectfully submitted,

BLACK CHANG & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@bchllp.com
Andrew G. Hamill (SBN 251156)
ahamill@bchllp.com

DESMARAIS LLP
Jon T. Hohenthaner (admitted *pro hac vice*)
jhohenthaner@desmaraisllp.com
Ameet A. Modi (admitted *pro hac vice*)
amodi@desmaraisllp.com

By:  /s/ Bradford J. Black

*Attorneys for Defendant
Round Rock Research LLC*