*E-Filed 1/20/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SANDISK CORPORATION,                     No. C 11-05243 RS

       Plaintiff,

  v.                                                  **CLERK'S NOTICE**

ROUND ROCK RESEARCH LLC.,

       Defendant.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

     The Case Management Conference in the instant case scheduled on February 9, 2012 shall be continued to March 29, 2012 at 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco. The parties shall file a Joint Case Management Statement at least one week prior to the Conference. Parties or counsel may appear personally or file a request to appear by telephone. If any party files such a request, all parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: 1/20/12                                            For the Court,
                                                          RICHARD W. WIEKING, Clerk

                                                          By: /s/ Corinne Lew
                                                          Courtroom Deputy Clerk