**\*E-Filed 4/6/12\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SANDISK CORP.,                                              No. C 11-05243 RS

        Plaintiff,                                          **CASE MANAGEMENT**
  v.                                                                **SCHEDULING ORDER**

ROUND ROCK RESEARCH LLC,

        Defendant.
_____/

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference was held on March 29, 2012.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record and good cause appearing, IT IS HEREBY ORDERED THAT:

      1.    ALTERNATIVE DISPUTE RESOLUTION.

      MEDIATION.  This matter is referred to mediation to be completed within 90 days of the issuance of the Court's claim construction order.  The parties shall promptly notify the Court whether the case is resolved at the mediation.

      2.    DISCOVERY. On or before May 31, 2013, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows:  (a) eighteen (18) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of  requests for production of documents or for inspection per

party; and (d) fifty (50) requests for admission per party unrelated to document authenticity or document admissibility.

    3.     EXPERT WITNESSES.  The disclosure and discovery of expert witness opinions shall proceed as follows:

    A.  On or before June 14, 2013, the party bearing the burden of proof on a particular issue shall present all opening expert reports.

    B.  On or before July 12, 2013, parties shall exchange all rebuttal expert reports.

    C.  On or before July 26, 2012, parties shall exchange all reply expert reports.

    D.  On or before August 16, 2013, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

    4.     CLAIM CONSTRUCTION SCHEDULING.

    A.  Plaintiff's invalidity contentions shall be due no later than **June 15, 2012**.

    B.  The parties shall exchange proposed terms for construction no later than **June 29, 2012** in accordance with Patent L.R. 4-1(b).

    C.  The parties shall exchange preliminary claim constructions and extrinsic evidence no later than **July 20, 2012**.

    D.  The parties shall file their joint claim construction and prehearing statement no later than **August 14, 2012**.

    E.  Claim construction discovery shall be completed no later than **September 14, 2012**.

    F.  Defendant shall file its opening claim construction brief no later than **September 27, 2012**.

    G.  Plaintiff shall file its responsive claim construction brief with support no later than **October 11, 2012**.

    H.  Defendant shall file its claim construction reply brief no later than **October 18, 2012**.

    I.  A Tutorial shall take place in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, California on **November 5, 2012 at 10:00 a.m.**

    J.  A Claim Construction Hearing shall take place in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, California on **November 7, 2012 at 10:00 a.m.**

1

2    IT IS SO ORDERED.

3

4  Dated:   4/6/12

   _____
5  RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE MANAGEMENT SCHEDULING ORDER
NO. C 11-05243 RS