***E-Filed 4/10/12*️**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SAN DISK CORPORATION,

        Plaintiff,

  v.

ROUND ROCK RESEARCH LLC

        Defendant.
_____/

No. C 11-5243 RS

**ORDER RE MOTION TO DISMISS COUNTERCLAIMS**

Plaintiff moved to dismiss plaintiff's counterclaims. In lieu of opposing the motion, defendant filed an amended answer and counterclaims. Without opining as to whether the motion had merit, or whether the amendments are sufficient to cure any pleading defects that may have existed, the motion is denied as moot, without prejudice to the filing of a new motion to dismiss addressing the amended counterclaims, should plaintiff in good faith believe it to be warranted. The hearing set for April 26, 2012 is vacated.

IT IS SO ORDERED.

Dated: 4/10/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE