CHUCK P. EBERTIN (SBN 161374)
  cebertin@velaw.com
VINSON & ELKINS LLP
525 University Avenue, Suite 410
Palo Alto, CA 94301-1918
Tel: (650) 687-8200 / Fax: (650) 618-1970

CHRISTOPHER V. RYAN (*pro hac vice*)
  cryan@velaw.com
JANICE L. TA (*pro hac vice*)
  jta@velaw.com
VINSON & ELKINS LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746
Tel: (512) 542-8400 / Fax: (512) 542-8612

DAVID J. TOBIN (*pro hac vice*)
  dtobin@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Tel: (214) 220-7700 / Fax (214) 220-7716

*Attorneys for Plaintiff and
Counterclaim Defendant
SANDISK CORPORATION*

DESMARAIS LLP
Jon T. Hohenthaner (*pro hac vice*)
  jhohenthaner@desmaraisllp.com
John C. Spaccarotella (*pro hac vice*)
  jspaccarotella@desmaraisllp.com
Ameet A. Modi (*pro hac vice*)
  amodi@desmaraisllp.com
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401

BLACK CHANG & HAMILL LLP
Bradford J. Black (SBN 252031)
  bblack@bchllp.com
Andrew G. Hamill (SBN 251156)
  ahamill@bchllp.com
333 Bush Street, Suite 2250
San Francisco, CA 94104
Telephone: 415-813-6210
Facsimile: 4 15-813-6222

*Attorneys for Defendant and
Counterclaim Plaintiff
ROUND ROCK RESEARCH LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>ROUND ROCK RESEARCH LLC,<br><br>    Defendant and Counterclaim Plaintiff. | Case No. 11-cv-05243-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING CERTAIN CLAIMS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), SanDisk Corporation ("SanDisk") and Round Rock Research LLP ("Round Rock") hereby stipulate to dismiss the following causes of action. SanDisk stipulates to dismiss its first cause of action (Declaratory Judgment of Invalidity of U.S. Patent No. 7,021,520) without prejudice. Round Rock stipulates to

dismiss the tenth count of its counterclaims (Infringement of U.S. Patent No. 7,021,520) with prejudice.

Dated:  December 13, 2012           VINSON & ELKINS LLP

                                    By:  */s/ Chuck P. Ebertin*
                                         Chuck P. Ebertin

                                         Attorneys for Plaintiff and Counterclaim
                                         Defendant SANDISK CORPORATION

Dated:  December 13, 2012           DESMARAIS LLP

                                    By:  */s/ John C. Spaccarotella*
                                         John C. Spaccarotella (*admitted pro hac vice*)

                                         Attorneys for Defendant and Counterclaim
                                         Plaintiff ROUND ROCK RESEARCH LLC

### Civil L.R. 5-1(i)

I, Chuck P. Ebertin, hereby attest that John Spaccarotella has concurred in the filing of this document.

                                    By: */s/ Chuck P. Ebertin*
                                        Chuck P. Ebertin

**STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS**            2            **Case No. 11-cv-05243-RS**

1696128

### [~~PROPOSED~~] ORDER

Pursuant to the above stipulation, SanDisk's first cause of action (Declaratory Judgment of Invalidity of U.S. Patent No. 7,021,520) is hereby dismissed *without prejudice*. Pursuant to the above stipulation, Round Rock's tenth count of its counterclaims (Infringement of U.S. Patent No. 7,021,520) is hereby dismissed *with prejudice*.

**IT IS SO ORDERED.**

Dated: 12/13/12

_____
Honorable Richard Seeborg
United States District Judge