| | |
|---|---|
| CHUCK P. EBERTIN (SBN 161374)<br>  cebertin@velaw.com<br>VINSON & ELKINS LLP<br>525 University Avenue, Suite 410<br>Palo Alto, CA  94301-1918<br>Tel:  (650) 687-8200 / Fax: (650) 618-1970<br><br>CHRISTOPHER V. RYAN (*pro hac vice*)<br>  cryan@velaw.com<br>JANICE L. TA (*pro hac vice*)<br>  jta@velaw.com<br>VINSON & ELKINS LLP<br>The Terrace 7<br>2801 Via Fortuna, Suite 100<br>Austin, TX  78746<br>Tel: (512) 542-8400 / Fax: (512) 542-8612<br><br>DAVID J. TOBIN (*pro hac vice*)<br>  dtobin@velaw.com<br>VINSON & ELKINS LLP<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX  75201<br>Tel:  (214) 220-7700 / Fax (214) 220-7716<br><br>*Attorneys for Plaintiff and*<br>*Counterclaim Defendant*<br>*SANDISK CORPORATION* | DESMARAIS LLP<br>Jon T. Hohenthaner (*pro hac vice*)<br>  jhohenthaner@desmaraisllp.com<br>John C. Spaccarotella (*pro hac vice*)<br>  jspaccarotella@desmaraisllp.com<br>Ameet A. Modi (*pro hac vice*)<br>  amodi@desmaraisllp.com<br>Richard Cowell (*pro hac vice*)<br>  rcowell@desmaraisllp.com<br>230 Park Avenue<br>New York, NY  10169<br>Telephone: 212-351-3400<br>Facsimile:  212-351-3401<br><br>BLACK CHANG & HAMILL LLP<br>Bradford J. Black (SBN 252031)<br>  bblack@bchllp.com<br>Andrew G. Hamill (SBN 251156)<br>  ahamill@bchllp.com<br>333 Bush Street, Suite 2250<br>San Francisco, CA  94104<br>Telephone: 415-813-6210<br>Facsimile: 4 15-813-6222<br><br>*Attorneys for Defendant and*<br>*Counterclaim Plaintiff*<br>*ROUND ROCK RESEARCH LLC* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>          Plaintiff and Counterclaim Defendant,<br><br>     vs.<br><br>ROUND ROCK RESEARCH LLC,<br><br>          Defendant and Counterclaim Plaintiff. | Case No.  11-cv-05243-RS<br><br>**STIPULATED SUPPLEMENTAL JOINT CLAIM CONSTRUCTION STATEMENT AND [~~PROPOSED~~] MARKMAN SCHEDULE** |

SanDisk Corporation ("SanDisk") and Round Rock Research LLP ("Round Rock") submit the following Supplemental Joint Claim Construction Statement concerning United States Patent Nos. 5,286,344; 5,682,345; 5,783,282; 6,015,760; 6,272,586; 6,383,839; 6,570,791; 7,483,334; and 6,845,053 ("Remaining Patents-In-Suit").

**Reduction in Disputed Terms:**

After claim construction briefing was completed, the parties agreed to dismiss their claims regarding U.S. Patent No. 7,021,520. [*See* Dkt. No. 115 (Order Dismissing '520 Patent).] Accordingly, the Court can ignore the portions of the parties' claim construction briefs addressing the '520 patent. In addition, subsequent to claim construction briefing, Round Rock agreed to withdraw its assertion of claims 5-8 of United States Patent No. 6,383,839. Accordingly, the Court can ignore the portions of the parties' claim construction briefs that address the terms "securing a semiconductor device nonparallel relative to a substrate" and "maintain the nonparallel position of the semiconductor device relative to the substrate."

**Remaining Disputed Terms:**

Pursuant to Patent Local Rule 4-3(c), the parties request that the Court conduct one claim construction hearing on the remaining terms in dispute. The table below shows that the parties have narrowed their disputes to essentially fourteen terms from seven of the Remaining Patents-In-Suit:

| PATENT | CLAIMS | DISPUTED TERM/PHRASE |
|---|---|---|
| 5,286,344 | 1-3, 6, 11, 12, 15 | "high $SiO_2$ etch rate"/"high level of selectivity" |
| 5,286,344 | 1-3, 6, 11, 12, 15 | "the contact sidewalls of said $SiO_2$ outer layer are perpendicular to the multilayer structure layers" |
| 5,682,345 | 1 | "control means" (35 U.S.C. § 112, ¶ 6) |
| 5,682,345 | 1 | "program means" (35 U.S.C. § 112, ¶ 6) |
| 5,682,345 | 1 | "recall means" (35 U.S.C. § 112, ¶ 6) |
| 5,783,282 | 2, 4 | "depositing a first material onto a semiconductor substrate"/ "sputtering the first material onto the semiconductor substrate" |
| 5,783,282 | 2, 4 | "bias voltage" |
| 6,272,586 | 30 | "a length of a communication data stream" |
| 6,383,839 | 1-4 | "reconfiguring a connection pattern of a preexisting semiconductor device design"/"preexisting design" |
| 6,383,839 | 1-4 | "semiconductor device" |
| 6,383,839 | 1-4 | "toward a single edge"/"adjacent a single edge thereof" |
| 6,570,791 | 1, 3, 4, 14 | "flash memory" |
| 6,570,791 | 1, 3, 4 | "detects a differential voltage from the array of non-volatile memory cells" |
| 6,845,053 | 1, 3 | "the adjustable current consumption being set to the low power mode" |

**Proposed Claim Construction Hearing:**

A claim construction hearing is currently scheduled for January 16, 2013. If the Court is amenable to addressing all fourteen disputed terms, the parties anticipate that a four hour hearing would be sufficient to address all terms, with each side having two hours to present their positions. The parties propose to address terms in a point/counterpoint fashion instead of having one party present on all disputed terms followed by the other party presenting on all disputed terms.

**Technology Tutorial:**

A technology tutorial is currently scheduled for January 7, 2013. That date was scheduled when the claim construction hearing was set for January 9, 2013. The parties propose that the technology tutorial be rescheduled for either January 14, 2013 or immediately before the claim construction hearing on January 16, 2013, with each party having one hour to present their technology tutorial for the Remaining Patents-In-Suit.

Dated: December 20, 2012                VINSON & ELKINS LLP

By: */s/ Chuck P. Ebertin*
Chuck P. Ebertin

Attorneys for Plaintiff and Counterclaim Defendant SANDISK CORPORATION

Dated: December 20, 2012                DESMARAIS LLP

By: */s/ John C. Spaccarotella*
John C. Spaccarotella (*admitted pro hac vice*)

Attorneys for Defendant and Counterclaim Plaintiff ROUND ROCK RESEARCH LLC

### Civil L.R. 5-1(i)

I, Chuck P. Ebertin, hereby attest that John Spaccarotella has concurred in the filing of this document.

By: */s/ Chuck P. Ebertin*
Chuck P. Ebertin

## [~~PROPOSED~~] MARKMAN SCHEDULE

Pursuant to the above stipulation, the Court adopts the following claim construction schedule:

- A claim construction hearing will be held on January 16, 2013, starting at 10:00 am, or immediately following the technology tutorial. The parties can present arguments on the fourteen disputed terms. Each side will have two hours to present their positions. The parties will address terms in a point, counterpoint fashion instead of having one party present on all disputed terms followed by the other party presenting on all disputed terms.

- A technology tutorial will be held on [January 14, 2013] ~~or [January 16, 2013]~~, starting at 2:00 p.m. ~~10:00 a.m~~. Each party will have one hour to present its technology tutorial.

**IT IS SO ORDERED.**

Dated: 12/20/12

_____
Honorable Richard Seeborg
United States District Judge