1  CHUCK P. EBERTIN (SBN 161374)
      cebertin@velaw.com
2  VINSON & ELKINS LLP
   1841 Page Mill Road, Suite 200-B
3  Palo Alto, CA  94304
   Tel:  (650) 687-8200
4  Fax: (650) 618-1970

5  CHRISTOPHER V. RYAN (*pro hac vice*)
      cryan@velaw.com
6  JANICE L. TA (*pro hac vice*)
      jta@velaw.com
7  VINSON & ELKINS LLP
   The Terrace 7
8  2801 Via Fortuna, Suite 100
   Austin, TX  78746
9  Tel: (512) 542-8400 / Fax: (512) 542-8612

10 DAVID J. TOBIN (*pro hac vice*)
      dtobin@velaw.com
11 VINSON & ELKINS LLP
   2001 Ross Avenue, Suite 3700
12 Dallas, TX  75201
   Tel:  (214) 220-7949 / Fax (214) 999-7949
13
   Attorneys for Plaintiff and
14 Counterclaim Defendant
   SANDISK CORPORATION
15

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| SANDISK CORPORATION, | Case No.  3:11-cv-05243-RS |
| Plaintiff and Counterclaim Defendant, | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE ON ROUND ROCK'S MOTION FOR SUMMARY JUDGMENT (DKT NO. 123)** |
| vs. | |
| ROUND ROCK RESEARCH LLC, | |
| Defendant and Counterclaim Plaintiff. | |

On February 27, 2013, Round Rock Research LLC ("Round Rock") filed a motion for summary judgment on eight causes of action and four affirmative defenses asserted by SanDisk Corporation ("SanDisk"). [*See* Dkt. No. 123.]  The Court subsequently issued a notice setting the hearing date for that motion for April 18, 2013. [*See* Dkt. No. 125.]  Pursuant to Local Rule 7-12, SanDisk Corporation and Round Rock Research have agreed to the following briefing schedule in view of the revised hearing date and the number of issues raised in the motion:  SanDisk shall file its opposition to Round Rock's summary judgment motion on Friday, March 22, 2013, and Round Rock shall file its reply in support of its motion on Thursday, April 4, 2013.  Pursuant to this stipulation, briefing on Round Rock's motion for summary judgment will be completed fourteen (14) days before the scheduled hearing date.  This proposed time modification for briefing on Round Rock's motion will have no impact on other events scheduled in this case.

Dated:  March 5, 2013

    VINSON & ELKINS LLP

By: * /s/ Chuck P. Ebertin*
    Chuck P. Ebertin
    Attorneys for
    SANDISK CORPORATION

Dated:  March 5, 2013

    DESMARAIS LLP

By: * /s/ John C. Spaccarotella*
    John C. Spaccarotella (admitted *pro hac vice*)
    Attorneys for
    ROUND ROCK RESEARCH LLC

## CIVIL LOCAL RULE 5-1

I, Chuck P. Ebertin, hereby attest that John Spaccarotella has concurred in the filing of this document.

By: * /s/ Chuck P. Ebertin*
    Chuck P. Ebertin

1  **[~~PROPOSED~~] ORDER**

2      Pursuant to the above stipulation, IT IS HEREBY ORDERED that SanDisk shall file its
3  opposition to Round Rock's summary judgment motion (Docket No. 123) on Friday, March 22,
4  2013, and Round Rock shall file its reply in support of its motion on Thursday, April 4, 2013.

5

6      **IT IS SO ORDERED.**

7

8  Dated: __3/5/13_____     _____
                                          Honorable Richard Seeborg
9                                         United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28