1

2

3

4

5

6

7      IN THE UNITED STATES DISTRICT COURT

8      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9      SAN FRANCISCO DIVISION

10

11

12   SAN DISK CORPORATION,                          No. C 11-5243 RS

13              Plaintiff,
                                                    **ORDER VACATING HEARING**
14         v.                                       **DATES AND REQUIRING FILING OF**
                                                    **JOINT SCHEDULING PROPOSAL**
     ROUND ROCK RESEARCH LLC

15

16              Defendant.
     _____/

17

18         On February 27, 2013, Round Rock filed a motion for summary judgment on certain

19   affirmative defenses asserted by San Disk to the counterclaims in this action.   On April 4, 2013,

20   San Disk filed a motion for summary judgment that certain patent claims asserted by Round Rock

21   are invalid on grounds of obviousness.  On the same date, San Disk filed a separate motion for

22   summary judgment that others of Round Rock's patent claims are invalid on grounds of

23   anticipation.  It is unclear whether either party is presently anticipating filing yet more summary

24   judgment motions on additional issues in the future.

25         As a general rule, having multiple hearings in one case within a time span of a few weeks is

26   to be avoided.  Additionally, while no provision of the federal or local rules expressly limit the

27   number of summary judgment motions a party may bring, seriatim or multiple motions ordinarily

28   will not be entertained absent a showing of good cause.  Among other things, when a party files

United States District Court
For the Northern District of California

1  more than one summary judgment motion without prior permission, or an approved case

2  management plan that contemplates proceeding in that fashion, it has effectively ignored the page

3  limit requirements of the local rules, even assuming there is an entirely legitimate justification for

4  addressing separate issues in separate motions.

5          Accordingly, the hearing dates on the pending summary judgment motions are vacated.  The

6  parties shall meet and confer, and within fifteen days of the date of this order shall file a joint

7  scheduling proposal for any and all summary judgment motions they each can reasonably anticipate

8  may be filed in this action.  To the extent the parties contemplate additional motions beyond those

9  already filed, they should explain why they believe it would be appropriate in this case to allow

10  multiple motions.  Likewise, if the parties propose that summary judgment motions be heard on

11  more than one date, they should explain why such seriatim motions would be in the interests of

12  justice and efficient case management in this instance.

13

14  IT IS SO ORDERED.

15

16  Dated:   April 15, 2013

17  RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28