BLACK CHANG & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@bchllp.com
Andrew G. Hamill (SBN 251156)
ahamill@bchllp.com
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: 415-813-6211
Facsimile:  415-813-6222

DESMARAIS LLP
Jon T. Hohenthaner (admitted *pro hac vice*)
jhohenthaner@desmaraisllp.com
John C. Spaccarotella (admitted *pro hac vice*)
jspaccarotella@desmaraisllp.com
Tamir Packin (admitted *pro hac vice*)
tpackin@desmaraisllp.com
Richard M. Cowell (admitted *pro hac vice*)
rcowell@desmaraisllp.com
Ameet A. Modi (admitted *pro hac vice*)
amodi@desmaraisllp.com
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile:  212-351-3401

*Attorneys for Defendant and Counterclaim Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SANDISK CORPORATION,<br><br>　　　　Plaintiff and<br>　　　　Counterclaim<br>　　　　Defendant,<br><br>　v.<br><br>ROUND ROCK RESEARCH LLC,<br><br>　　　　Defendant and<br>　　　　Counterclaim Plaintiff. | Case No. 3:11-cv-05243-RS<br><br>**DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL EXHIBITS ATTACHED TO TAMIR PACKIN'S DECLARATION IN SUPPORT OF ROUND ROCK'S OPPOSITION TO SANDISK'S MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS** |

DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION ATTACHED TO TAMIR PACKIN'S DECLARATION IN SUPPORT OF ROUND ROCK'S OPPOSITION TO SANDISK'S MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS

Case No. 3:11-cv-05243-RS

1       Pursuant to Local Rules 7-11 and 79-5 and General Order No. 62, Defendant and Counterclaim Plaintiff Round Rock Research LLC ("Round Rock") submits this administrative motion for an order to seal certain exhibits attached to the Declaration of Tamir Packin in Support of Round Rock's Opposition to SanDisk's Motion to Amend Invalidity Contentions (the "Packin Declaration"), dated July 5, 2013.

      Round Rock seeks permission to file under seal because exhibits I and J to the Packin Declaration are documents that Plaintiff and Counterclaim Defendant SanDisk Corporation ("SanDisk") has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Modified Stipulated Protective Order ("Protective Order") (Dkt. No. 117).

## ARGUMENT

      Exhibit I to the Packin Declaration is excerpts from a document produced by SanDisk in this litigation that SanDisk designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order. (Decl. of Tamir Packin filed in support of this Administrative Motion, ¶3.) Exhibit J to the Packin Declaration is a document produced by SanDisk in this litigation that SanDisk designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Protective Order. (Decl. of Tamir Packin filed in support of this Administrative Motion, ¶4.) Pursuant to Local Rule 79-5(d), Round Rock is filing this administrative motion to give SanDisk the opportunity to file a declaration establishing that such designated material is sealable and to file a proposed sealing order.

DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION ATTACHED TO TAMIR PACKIN'S DECLARATION IN SUPPORT OF ROUND ROCK'S OPPOSITION TO SANDISK'S MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS

1

| | |
|---|---|
| Dated: July 5, 2013 | Respectfully submitted, |
| | BLACK CHANG & HAMILL LLP |
| | Bradford J. Black (SBN 252031) |
| | bblack@bchllp.com |
| | Andrew G. Hamill (SBN 251156) |
| | ahamill@bchllp.com |
| | |
| | DESMARAIS LLP |
| | Jon T. Hohenthaner (admitted *pro hac vice*) |
| | jhohenthaner@desmaraisllp.com |
| | John C. Spaccarotella (admitted *pro hac vice*) |
| | jspaccarotella@desmaraisllp.com |
| | Ameet A. Modi (admitted *pro hac vice*) |
| | amodi@desmaraisllp.com |
| | Richard M. Cowell (admitted *pro hac vice*) |
| | rcowell@desmaraisllp.com |
| | |
| | By:  */s/ Bradford J. Black* |
| | |
| | *Attorneys for Defendant* |
| | *Round Rock Research LLC* |

DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL INFORMATION ATTACHED TO TAMIR PACKIN'S DECLARATION IN SUPPORT OF ROUND ROCK'S OPPOSITION TO SANDISK'S MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS

2