BLACK CHANG & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@bchllp.com
Andrew G. Hamill (SBN 251156)
ahamill@bchllp.com
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: 415-813-6211
Facsimile:  415-813-6222

DESMARAIS LLP
Jon T. Hohenthaner (admitted *pro hac vice*)
jhohenthaner@desmaraisllp.com
John C. Spaccarotella (admitted *pro hac vice*)
jspaccarotella@desmaraisllp.com
Richard M. Cowell (admitted *pro hac vice*)
rcowell@desmaraisllp.com
Ameet A. Modi (admitted *pro hac vice*)
amodi@desmaraisllp.com
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile:  212-351-3401

*Attorneys for Defendant and Counterclaim Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>　　　Plaintiff and Counterclaim Defendant,<br><br>　　　v.<br><br>ROUND ROCK RESEARCH LLC,<br><br>　　　Defendant and Counterclaim Plaintiff. | Case No. 3:11-cv-05243-RS<br><br>**REQUEST FOR TELEPHONIC PARTICIPATION IN HEARINGS**<br><br>Date:　August 8, 2013<br>Time:　1:30 p.m.<br>Place:　Courtroom #3, 17th Floor<br>Judge:　Hon. Richard Seeborg |

　　　Defendant and Counterclaim Plaintiff Round Rock Research LLC ("Round Rock"), hereby requests to participate telephonically in the hearing for SanDisk Corporation's Motion for Leave to Amend Invalidity Contentions (Dkt. No. 182) and the hearing for Round Rock's Motion for Leave to

| REQUEST FOR TELEPHONIC PARTICIPATION IN HEARINGS | 1 | Case No. 3:11-cv-05243-RS |
|---|---|---|

Amend its Counterclaims and Preliminary Infringement Contentions (Dkt. No. 186) jointly scheduled on August 8, 2013, at 1:30 p.m.

Dated: July 31, 2013           By:        /s/ Bradford J. Black

BLACK CHANG & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@bchllp.com
Andrew G. Hamill (SBN 251156)
ahamill@bchllp.com

DESMARAIS LLP
Jon T. Hohenthaner (admitted *pro hac vice*)
jhohenthaner@desmaraisllp.com
John C. Spaccarotella (admitted *pro hac vice*)
jspaccarotella@desmaraisllp.com
Richard Cowell (admitted *pro hac vice*)
rcowell@desmaraisllp.com
Ameet A. Modi (admitted *pro hac vice*)
amodi@desmaraisllp.com

*Attorneys for Defendant and Counterclaim Plaintiff Round Rock Research, LLC*

**IT IS SO ORDERED.**

Dated: _____           _____
                                           Honorable Richard Seeborg
                                           United States District Judge