BLACK CHANG & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@bchllp.com
Andrew G. Hamill (SBN 251156)
ahamill@bchllp.com
4 Embarcadero Center, Suite 1400
San Francisco, California 94111
Telephone: 415-813-6211
Facsimile: 415-813-6222

DESMARAIS LLP
Jon T. Hohenthaner (admitted *pro hac vice*)
jhohentaner@desmaraisllp.com
John C. Spaccarotella (admitted *pro hac vice*)
jspaccarotella@desmaraisllp.com
Ameet A. Modi (admitted *pro hac vice*)
amodi@desmaraisllp.com
Richard M. Cowell (admitted *pro hac vice*)
rcowell@desmaraisllp.com
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401

*Attorneys for Defendant and Counterclaim Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>ROUND ROCK RESEARCH LLC,<br><br>  Defendant and Counterclaim Plaintiff. | Case No. 3:11-cv-05243-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER GRANTING ROUND ROCK PERMISSION TO FILE A CORRECTED AMENDED ANSWER AND COUNTERCLAIMS TO SANDISK'S SECOND AMENDED COMPLAINT** |

Defendant Round Rock Research LLC ("Round Rock") and Plaintiff SanDisk Corporation ("SanDisk") hereby stipulate that the Court grant Round Rock permission to file a Corrected Amended Answer and Counterclaims to SanDisk's Second Amended Complaint. Round Rock's original Amended Answer and Counterclaims to SanDisk's Second Amended Complaint (Dkt. No. 214) contains an administrative error that should be corrected in the official record. The parties further stipulate that SanDisk be granted fourteen days from the filing of Round Rock's Corrected Amended Answer and Counterclaims to SanDisk's Second Amended Complaint to file its responsive pleading.

**IT IS SO STIPULATED.**

Dated: August 23, 2013            BLACK CHANG & HAMILL LLP

                                  By:  /s/ Bradford J. Black
                                       Bradford J. Black

                                  *Attorneys for Defendant and Counterclaim
                                  Plaintiff Round Rock Research LLC*

Dated: August 23, 2013

                                  VINSON & ELKINS LLP

                                  By:  /s/ Chuck P. Ebertin
                                       Chuck P. Ebertin

                                  *Attorneys for Plaintiff and Counterclaim
                                  Defendant SanDisk Corp.*

**Civil L.R. 5-1(i)**

I, Bradford J. Black, hereby attest that Chuck P. Ebertin has concurred in the filing of this document.

                                  By:    /s/ Bradford J. Black
                                         Bradford J. Black

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 8/26/13

_____
Honorable Richard Seeborg
United States District Judge

STIPULATION AND [PROPOSED] ORDER GRANTING
ROUND ROCK PERMISSION TO FILE A CORRECTED
AMENDED ANSWER AND COUNTERLAIMS

3

Case No. 3:11-cv-05243-RS