CHUCK P. EBERTIN (SBN 161374)
  cebertin@velaw.com
VINSON & ELKINS LLP
1841 Page Mill Road, Suite 200-B
Palo Alto, CA  94304
Tel:  (650) 687-8200 / Fax: (650) 618-1970

CHRISTOPHER V. RYAN (*pro hac vice*)
  cryan@velaw.com
EFREN GARCIA (*pro hac vice*)
  egarcia@velaw.com
JANICE L. TA (*pro hac vice*)
  jta@velaw.com
VINSON & ELKINS LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX  78746
Tel: (512) 542-8400 / Fax: (512) 542-8612

DAVID J. TOBIN (*pro hac vice*)
  dtobin@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX  75201
Tel:  (214) 220-7700 / Fax (214) 220-7716

*Attorneys for Plaintiff and Counterclaim Defendant*
SANDISK CORPORATION

DESMARAIS LLP
Jon T. Hohenthaner (*pro hac vice*)
  jhohenthaner@desmaraisllp.com
Andrew Heinz (*pro hac vice*)
  aheinz@desmaraisllp.com
Ameet A. Modi (*pro hac vice*)
  amodi@desmaraisllp.com
Richard M. Cowell (*pro hac vice*)
  rcowell@desmaraisllp.com

230 Park Avenue
New York, NY  10169
Telephone: 212-351-3400
Facsimile:  212-351-3401

BLACK CHANG & HAMILL LLP
Bradford J. Black (SBN 252031)
  bblack@bchllp.com
Andrew G. Hamill (SBN 251156)
  ahamill@bchllp.com
4 Embarcadero Center, Suite 1400
San Francisco, CA  94111
Telephone: 415-813-6211
Facsimile: 4 15-813-6222

*Attorneys for Defendant and Counterclaim Plaintiff*
ROUND ROCK RESEARCH LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| SANDISK CORPORATION,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    vs.<br><br>ROUND ROCK RESEARCH LLC,<br><br>    Defendant and Counterclaim Plaintiff. | Case No.  11-cv-05243-RS<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DISCOVERY DATES** |

Due to conflicts with witnesses' schedules, the parties have conferred and would like to modify the discovery schedule as follows:

| EVENT | DATE | PROPOSED DATE |
|---|---|---|
| Fact discovery close (to complete discovery already served) | September 12, 2013 | October 10, 2013 |
| Opening expert reports due for parties bearing burden of proof on a particular issue | October 8, 2013 | November 05, 2013 |
| Rebuttal expert reports due | November 8, 2013 | December 06, 2013 |
| Reply expert reports due | December 9, 2013 | January 06, 2014 |

No modifications to the scheduling order have been made since the June 10, 2013 Case Management Scheduling Order. [*See* Dkt. 181.] This proposed time modification for discovery will have no impact on other events scheduled in this case.

It is so stipulated.

Dated: September 05, 2013         VINSON & ELKINS LLP

By:  ____*/s/ Efrén Garcia*_____
Efrén Garcia

Attorneys for Plaintiff and Counterclaim Defendant SANDISK CORPORATION

Dated: September 05, 2013         DESMARAIS LLP

By:  ____*/s/ Andrew Heinz*_____
Andrew Heinz (*admitted pro hac vice*)

Attorneys for Defendant and Counterclaim Plaintiff ROUND ROCK RESEARCH LLC

### Civil L.R. 5-1(i)

I, Efrén Garcia, hereby attest that Andrew Heinz has concurred in the filing of this document.

By: */s/ Efrén Garcia*_____
Efrén Garcia

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 05, 2013, the foregoing document was filed with the Clerk of the U. S. District Court for the Northern District of California, using the court's electronic case filing system (ECF), in compliance with Civil L.R. 5-1.  The ECF sends a Notice of Electronic Filing (NEF) to all parties and counsel who have appeared in this action and who have consented under Civil L.R. 5-1 to accept that NEF as service of this document.

                                                          Vinson & Elkins LLP

*/s/ Efrén Garcia*
Efrén Garcia

# [~~PROPOSED~~] ORDER

Pursuant to the above stipulation, **IT IS SO ORDERED.**

Dated: __9/5/13_____     _____
                                      Honorable Richard Seeborg
                                      United States District Judge