1  CHUCK P. EBERTIN (SBN 161374)
     cebertin@velaw.com
2  VINSON & ELKINS LLP
   1841 Page Mill Road, Suite 200-B
3  Palo Alto, CA 94304
   Tel:  (650) 687-8200 / Fax: (650) 618-1970
4
   CHRISTOPHER V. RYAN (*pro hac vice*)
5     cryan@velaw.com
   EFREN GARCIA (*pro hac vice*)
6     egarcia@velaw.com
   JANICE L. TA (*pro hac vice*)
7     jta@velaw.com
   VINSON & ELKINS LLP
8  The Terrace 7
   2801 Via Fortuna, Suite 100
9  Austin, TX  78746
   Tel: (512) 542-8400 / Fax: (512) 542-8612
10
   CHARLES D. OSSOLA (*pro hac vice*)
11    cossola@velaw.com
   VINSON & ELKINS LLP
12 2200 Pennsylvania Ave, NW Suite 500 West
   Washington, D.C. 20037
13 Tel:  (202) 639-6558 / Fax (202) 639-6604

14 (*Additional Counsel on signature page*)

15 *Attorneys for Plaintiff and Counterclaim Defendant*
    SANDISK CORPORATION
16

   DESMARAIS LLP
   Jon T. Hohenthaner (*pro hac vice*)
      jhohenthaner@desmaraisllp.com
   Andrew Heinz (*pro hac vice*)
      aheinz@desmaraisllp.com
   Ameet A. Modi (*pro hac vice*)
      amodi@desmaraisllp.com
   Richard M. Cowell (*pro hac vice*)
      rcowell@desmaraisllp.com
   230 Park Avenue
   New York, NY  10169
   Telephone: (212) 351-3400
   Facsimile:  (212) 351-3401

   BLACK & HAMILL LLP
   Bradford J. Black (SBN 252031)
      bblack@blackhamill.com
   Andrew G. Hamill (SBN 251156)
      ahamill@blackhamill.com
   4 Embarcadero Center, Suite 1400
   San Francisco, CA  94111
   Telephone: (415) 813-6211
   Facsimile: (415) 813-6222

   *Attorneys for Defendant and Counterclaim Plaintiff*
   ROUND ROCK RESEARCH LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| SANDISK CORPORATION,<br><br>         Plaintiff and Counterclaim Defendant,<br><br>    vs.<br><br>ROUND ROCK RESEARCH LLC,<br><br>         Defendant and Counterclaim Plaintiff. | Case No.  11-cv-05243-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING DISCOVERY DATES** |

Due to conflicts with witnesses' schedules, the parties have conferred and would like to modify the discovery schedule as follows:

| EVENT | CURRENT DATE | ~~PROPOSED~~ DATE |
|---|---|---|
| Close of Fact Discovery | 10/10/13 | 11/18/13 |
| Expert designations/reports due | 11/05/13 | 12/12/13 |
| Rebuttal expert reports due | 12/06/13 | 01/14/14 |
| Reply expert reports due | 01/06/14 | 01/30/14 |
| Expert discovery cut-off | 01/22/14 | 02/20/14 |
| Last Day to file summary judgment motions or other dispositive motions | 01/30/14 | 03/13/14 |
| Hearing on summary judgment motions or other pretrial motions | 03/06/14 | 04/25/14 |

No modifications to the scheduling order have been made since the September 5, 2013 Stipulation and Order Modifying Discovery Dated.  [*See* Dkt. 228.]   This proposed time modification for discovery will have no impact on other events scheduled in this case.

It is so stipulated.

Dated:  October 08, 2013                                           VINSON & ELKINS LLP

*Additional Counsel:*                                               By:  ___*/s/ Efrén Garcia*___
                                                                          Efrén Garcia

DAVID J. TOBIN (*pro hac vice*)
   dtobin@velaw.com                                       **Attorneys for Plaintiff and Counterclaim**
VINSON & ELKINS LLP                                      **Defendant SANDISK CORPORATION**
2001 Ross Avenue, Suite 3700
Dallas, TX  75201
Tel:  (214) 220-7700 / Fax (214) 220-7716

ANDREW NG (*pro hac vice*)
   ang@velaw.com
VINSON & ELKINS LLP
1001 Fannin St., Suite 2500
Houston, TX  77002
Tel:  (713) 758-2222 / Fax (713) 758-2346

                                                                    DESMARAIS LLP
Dated:  October 08, 2013
                                                                    By:  ___*/s/ Andrew Heinz*___
                                                                          Andrew Heinz (*admitted pro hac vice*)

                                                                    **Attorneys for Defendant and Counterclaim**
                                                                    **Plaintiff ROUND ROCK RESEARCH LLC**

**Civil L.R. 5-1(i)**

I, Efrén Garcia, hereby attest that Andrew Heinz has concurred in the filing of this document.

By: */s/ Efrén Garcia*
Efrén Garcia

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 8, 2013, the foregoing document was filed with the Clerk of the U. S. District Court for the Northern District of California, using the court's electronic case filing system (ECF), in compliance with Civil L.R. 5-1.  The ECF sends a Notice of Electronic Filing (NEF) to all parties and counsel who have appeared in this action and who have consented under Civil L.R. 5-1 to accept that NEF as service of this document.

Vinson & Elkins LLP

*/s/ Efrén Garcia*
Efrén Garcia

# [~~PROPOSED~~] ORDER

Pursuant to the above stipulation, **IT IS SO ORDERED.**

Dated: 10/9/13

_____
Honorable Richard Seeborg
United States District Judge