IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DISK CORPORATION,<br><br>  Plaintiff,<br><br> v.<br><br>ROUND ROCK RESEARCH LLC,<br><br>  Defendant. | Case No.: 11-5243 RS (JSC) |
| SAN DISK CORPORATION,<br><br>  Plaintiff,<br><br> v.<br><br>IP VALUE MANAGEMENT, INC.,<br><br>  Defendant. | Case No.: 13-cv-80271 RS (JSC)<br><br>**ORDER RE: DISCOVERY MOTIONS** |

On December 2, 2013, District Judge Seeborg referred the parties' pending discovery disputes in the above-captioned cases to the undersigned magistrate judge. *See* No. 11-5243, Dkt. No. 248; No. 13-cv-80271, Dkt. No. 4. The pending motions do not indicate whether the

parties have orally met and conferred prior to filing the motions.  Accordingly, the parties are ordered to meet and confer in person if possible, otherwise, telephonically, regarding the three pending motions to compel (No. 11-5243, Dkt. No. 243 & 247; No. 13-cv-80271, Dkt. No. 1) on or before December 13, 2013.

If the parties are able to resolve the disputes in their entirety through meet and confer, they shall promptly notify the Court.  To the extent that the parties are not able to resolve the disputes in their entirety, the Court resets the briefing schedule on these motions as follows: the opposition briefs are now due December 30, 2013, and the reply briefs are due January 6, 2014.  The Court will hear argument regarding any remaining issues on January 23, 2014 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave. San Francisco, California.

**IT IS SO ORDERED.**

Dated:  December 6, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE