CHUCK P. EBERTIN (SBN 161374)
cebertin@velaw.com
VINSON & ELKINS LLP
1841 Page Mill Road, Suite 200-B
Palo Alto, CA 94304
Tel: (650) 687-8200 / Fax: (650) 618-1970

CHRISTOPHER V. RYAN (*pro hac vice*)
cryan@velaw.com
EFREN GARCIA (*pro hac vice*)
egarcia@velaw.com
JANICE L. TA (*pro hac vice*)
jta@velaw.com
VINSON & ELKINS LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746
Tel: (512) 542-8400 / Fax: (512) 542-8612

DAVID J. TOBIN (*pro hac vice*)
dtobin@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Tel: (214) 220-7700 / Fax (214) 220-7716

*Attorneys for Plaintiff and Counterclaim Defendant SANDISK CORPORATION*

DESMARAIS LLP
Jon T. Hohenthaner (*pro hac vice*)
jhohenthaner@desmaraisllp.com
John C. Spaccarotella (*pro hac vice*)
jspaccarotella@desmaraisllp.com
Ameet A. Modi (*pro hac vice*)
amodi@desmaraisllp.com
Richard M. Cowell (*pro hac vice*)
rcowell@desmaraisllp.com
230 Park Avenue
New York, NY 10169
Telephone: 212-351-3400
Facsimile: 212-351-3401

BLACK & HAMILL LLP
Bradford J. Black (SBN 252031)
bblack@blackhamill.com
Andrew G. Hamill (SBN 251156)
ahamill@blackhamill.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415-813-6211
Facsimile: 415-813-6222

*Attorneys for Defendant and Counterclaim Plaintiff ROUND ROCK RESEARCH LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SANDISK CORPORATION,

Plaintiff and Counterclaim Defendant,

vs.

ROUND ROCK RESEARCH LLC,

Defendant and Counterclaim Plaintiff.

Case No. 11-cv-05243-RS

**STIPULATION AND ~~[PROPOSED]~~ ORDER DISMISSING CERTAIN CLAIMS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), SanDisk Corporation ("SanDisk") and Round Rock Research LLP ("Round Rock") hereby stipulate to dismiss the following causes of action. SanDisk stipulates to dismiss its fifth cause of action (Declaratory Judgment of Non-

Infringement of U.S. Patent No. 6,272,586) and its seventh cause of action (Declaratory Judgment of Non-Infringement of U.S. Patent No. 7,483,334) without prejudice. Round Rock stipulates to dismiss the eleventh count of its counterclaims (Infringement of U.S. Patent No. 7,483,334) and its sixth count of its counterclaims (Infringement of U.S. Patent No. 6,272,586) with prejudice.

Dated: December 4, 2013

VINSON & ELKINS LLP

By: *\/s/ Chuck P. Ebertin*
Chuck P. Ebertin

Attorneys for Plaintiff and Counterclaim Defendant SANDISK CORPORATION

Dated: December 4, 2013

DESMARAIS LLP

By: *\/s/ John C. Spaccarotella*
John C. Spaccarotella (*admitted pro hac vice*)

Attorneys for Defendant and Counterclaim Plaintiff ROUND ROCK RESEARCH LLC

**Civil L.R. 5-1(i)**

I, Chuck P. Ebertin, hereby attest that John Spaccarotella has concurred in the filing of this document.

By: *\/s/ Chuck P. Ebertin*
Chuck P. Ebertin

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 4, 2013, the foregoing document was filed with the Clerk of the U. S. District Court for the Northern District of California, using the court's electronic case filing system (ECF), in compliance with Civil L.R. 5-1. The ECF sends a Notice of Electronic Filing (NEF) to all parties and counsel who have appeared in this action and who have consented under Civil L.R. 5-1 to accept that NEF as service of this document.

Vinson & Elkins LLP

*/s/ Chuck P. Ebertin*
Chuck P. Ebertin

**[~~PROPOSED~~] ORDER**

Pursuant to the above stipulation, SanDisk's fifth cause of action (Declaratory Judgment of Non-infringement of U.S. Patent No. 6,272,586) and SanDisk's seventh cause of action (Declaratory Judgment of Non-Infringement of U.S. Patent No. 7,483,334) are hereby dismissed ***without prejudice***. Pursuant to the above stipulation, Round Rock's eleventh count of its counterclaims (Infringement of U.S. Patent No. 7,483,334) and Round Rock's sixth count of its counterclaims (Infringement of U.S. Patent No. 6,272,586) are hereby dismissed ***with prejudice***.

**IT IS SO ORDERED.**

Dated: 12/9/13

Honorable Richard Seeborg
United States District Judge