United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SAN DISK CORPORATION,

        Plaintiff,

  v.

ROUND ROCK RESEARCH LLC

        Defendant.
_____/

No. C 11-5243 RS

**ORDER SETTING HEARINGS ON SUMMARY JUDGMENT MOTIONS AND CONTINUING HEARING ON MOTIONS TO STRIKE**

In early 2013, the parties filed a flurry of summary judgment motions addressing various claims and defenses in this action, none of which would have disposed of the entire case even if granted in full. The parties were advised that seriatim or multiple summary judgment motions ordinarily will not be entertained absent a showing of good cause, and the hearing dates were vacated. Thereafter, confusion apparently arose as to the status of those motions, and they were never reset for hearing or submitted for decision. A filing deadline for dispositive motions was set, and it was the Court's understanding that those motions would be renoticed or repackaged with any additional motions that might be filed at that time.

The deadline for filing dispositive motions has now elapsed, and the parties are not seeking summary judgment on any additional claims or defenses. Additionally, (1) SanDisk has withdrawn its motion filed at Docket No. 138, (2) portions of Round Rock's motion filed at Docket No.123

may have been mooted by dismissal of some its counterclaims, and (3) a portion of SanDisk's motion filed at Docket No. 141 need not be addressed in light of Round Rock's withdrawal of one infringement claim.  The concerns implicated by multiple or seriatim motion filings have therefore been alleviated.

Accordingly, Round Rock's motion regarding affirmative defenses (Dkt. No. 123) and SanDisk's motion regarding anticipation (Dkt. No. 141) will be set for hearing on April 10, 2014. The parties' pending motions to strike are hereby continued to that same date.

IT IS SO ORDERED.

Dated: 3/13/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE