CHUCK P. EBERTIN (SBN 161374)
  cebertin@velaw.com
VINSON & ELKINS LLP
1841 Page Mill Road, Suite 200-B
Palo Alto, CA  94304
Tel:  (650) 687-8200 / Fax: (650) 618-1970

CHARLES OSSOLA (*pro hac vice*)
  cossola@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC  20037
Tel:  (202) 639-6500 / Fax: (202) 639-6604

CHRISTOPHER V. RYAN (*pro hac vice*)
  cryan@velaw.com
EFREN GARCIA (*pro hac vice*)
  egarcia@velaw.com
JANICE L. TA (*pro hac vice*)
  jta@velaw.com
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, TX  78746
Tel: (512) 542-8400 / Fax: (512) 542-8612

DAVID J. TOBIN (*pro hac vice*)
  dtobin@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX  75201
Tel:  (214) 220-7949 / Fax (214) 999-7949

Attorneys for Plaintiff and Counterclaim Defendant
SANDISK CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    vs.<br><br>ROUND ROCK RESEARCH LLC,<br><br>    Defendant and Counterclaim Plaintiff. | Case No.  3:11-cv-05243-RS<br><br>**DECLARATION OF RON MALTIEL IN SUPPORT OF SANDISK'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     April 25, 2014<br>Time:    1:30 p.m.<br>Judge:   Hon. Richard Seeborg |

I, Ron Maltiel, hereby declare as follows:

1. I have been retained in this litigation on behalf of Plaintiff and Counterclaim Defendant SanDisk Corporation ("SanDisk").

2. I have been asked to provide expert testimony in this litigation regarding U.S. Patent Nos. 6,570,791 ("the '791 patent"); 5,682,345 ("the '345 patent"); 6,845,053 ("the '053 patent"); and 6,383,839 ("the '839 patent") (collectively, "Patents-In-Suit"); and other patents which are no longer asserted against SanDisk by Round Rock Research LLC ("Round Rock").

3. I am being compensated at a rate of $440 per hour for my professional services in this case. I am also being reimbursed for reasonable and customary expenses associated with my work and testimony in this case. No portion of my compensation is dependent or otherwise contingent upon the results of this lawsuit or the specifics of my testimony.

4. Attached as Exhibit A is a true and correct copy of excerpts of a report I submitted in this case on December 13, 2013, entitled "Expert Report of Ron Maltiel Regarding Invalidity of the Asserted Claims of U.S. Patent Nos. 5,286,344; 5,682,345; 5,783,282; 6,015,760; 6,383,839; 6,570,791; and 6,845,053 ("Invalidity Report"). The excerpts contain my analysis concerning the '791 patent. Also included in Exhibit A is a true and correct copy of Appendix C-1 that was submitted as part of my Invalidity Report, which maps the asserted claims of the '791 patent to U.S. Patent No. 6,324,602 to Chen ("Chen"). The contents of Exhibit A accurately reflect my opinions in this case regarding background information and the anticipation of asserted claim 14 of the '791 patent by Chen.

5. Attached as Exhibit B is a true and correct copy of excerpts of a report I submitted in this case on January 14, 2014, entitled "Rebuttal Expert Report of Ron Maltiel Regarding the Asserted Claims of U.S. Patent Nos. 5,286,345; 6,570,791; 6,845,053; 5,286,344; 6,015,760; 5,783,282; and 6,383,839." The contents of Exhibit B accurately reflect my opinions in this case regarding background information and the '345 and '839 patents.

6. Attached as Exhibit C is a true and correct copy of excerpts of a report I submitted in this case on January 30, 2014, entitled "Reply Expert Report of Ron Maltiel Regarding U.S. Patent Nos. 5,682,345; 6,383,839; 6,570,791; and 6,845,053." The contents of Exhibit C accurately reflect

1 | my opinions in this case regarding background information and the anticipation of asserted claim 14
2 | of the '791 patent by Chen.

3     7. Attached as Exhibit D is a true and correct copy of my CV, which I provided along with my expert reports. The contents of Exhibit D accurately reflect my background and qualifications.

    I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge and belief, the foregoing is true and correct.

    Executed on March 13, 2013, in Saratoga, California.

By: _____
       Ron Maltiel