| | |
|---|---|
| CHUCK P. EBERTIN (SBN 161374)<br>  cebertin@velaw.com<br>VINSON & ELKINS LLP<br>1841 Page Mill Road, Suite 200-B<br>Palo Alto, CA 94304<br>Tel: (650) 687-8200 / Fax: (650) 618-1970<br><br>CHRISTOPHER V. RYAN (*pro hac vice*)<br>  cryan@velaw.com<br>EFREN GARCIA (*pro hac vice*)<br>  egarcia@velaw.com<br>SETH LINDNER (*pro hac vice*)<br>  slindner@velaw.com<br>JANICE L. TA (*pro hac vice*)<br>  jta@velaw.com<br>VINSON & ELKINS LLP<br>The Terrace 7<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746<br>Tel: (512) 542-8400 / Fax: (512) 542-8612<br><br>CHARLES D. OSSOLA (*pro hac vice*)<br>  cossola@velaw.com<br>VINSON & ELKINS LLP<br>2200 Pennsylvania Ave, NW Suite 500 West<br>Washington, D.C. 20037<br>Tel: (202) 639-6558 / Fax: (202) 639-6604<br><br>DAVID J. TOBIN (*pro hac vice*)<br>  dtobin@velaw.com<br>VINSON & ELKINS LLP<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201<br>Tel: (214) 220-7700 / Fax (214) 220-7716<br><br>*Attorneys for Plaintiff and Counterclaim Defendant SANDISK CORPORATION* | DESMARAIS LLP<br>Jon T. Hohenthaner (*pro hac vice*)<br>  jhohenthaner@desmaraisllp.com<br>John C. Spaccarotella (*pro hac vice*)<br>  jspaccarotella@desmaraisllp.com<br>Ameet A. Modi (*pro hac vice*)<br>  amodi@desmaraisllp.com<br>Richard M. Cowell (*pro hac vice*)<br>  rcowell@desmaraisllp.com<br>Andrew Heinz (*pro hac vice*)<br>  aheinz@desmaraisllp.com<br>Tamir Packin (*pro hac vice*)<br>  tpackin@desmaraisllp.com<br>Edward Terchunian (*pro hac vice*)<br>  eterchunian@dfesmaraisllp.com<br>Elizabeth Kimmel (*pro hac vice*)<br>  ekimmel@desmaraisllp.com<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400 / Fax: (212) 351-3401<br><br>BLACK & HAMILL LLP<br>Bradford J. Black (SBN 252031)<br>  bblack@blackhamill.com<br>Andrew G. Hamill (SBN 251156)<br>  ahamill@blackhamill.com<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>Tel: (415) 813-6210 / Fax: (415) 813-6222<br><br>*Attorneys for Defendant and Counterclaim Plaintiff ROUND ROCK RESEARCH LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDISK CORPORATION,<br>      Plaintiff and Counterclaim Defendant,<br>    vs.<br>ROUND ROCK RESEARCH LLC,<br>      Defendant and Counterclaim Plaintiff. | Case No. 11-cv-05243-RS<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DISCOVERY DATES** |

The parties have conferred and would like to modify the Case Management Scheduling Orders [Dkt. Nos. 181, 239 and 241] as set forth in the table below:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Last Day to file summary judgment motions or other dispositive motions | March 13, 2014 | March 13, 2014 (unchanged) |
| Hearing on summary judgment motions or other pretrial motions | April 25, 2014 | April 25, 2014 (unchanged) |
| All *Daubert* motions shall be filed. | — | May 8, 2014 |
| All oppositions to *Daubert* motions shall be filed. | — | May 22, 2014 |
| Hearing on *Daubert* motions in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. | — | June 12, 2014 |
| JURY MATERIALS. All jury materials, including proposed *voir dire* questions, jury instructions, and forms of verdict shall be filed. | July 16, 2014 | July 16, 2014 (unchanged) |
| MOTIONS IN LIMINE. All motions in limine (excluding *Daubert* motions) shall be filed. | July 21, 2014 | July 21, 2014 (unchanged) |
| A joint pretrial statement shall be filed. | July 21, 2014 | July 21, 2014 (unchanged) |
| MOTIONS IN LIMINE. All oppositions to motions in limine (excluding *Daubert* motions) shall be filed. | July 28, 2014 | July 28, 2014 (unchanged) |
| PRETRIAL CONFERENCE. The final pretrial conference will be held in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally. | July 31, 2014 at 10:00 a.m. | July 31, 2014 at 10:00 a.m. (unchanged) |
| DEPOSITION AND DISCOVERY DESIGNATIONS. Parties shall file and serve excerpts from depositions, interrogatory responses, and request for admissions responses. | August 4, 2014 | August 4, 2014 (unchanged) |
| DEPOSITION AND DISCOVERY DESIGNATIONS. Parties shall file and serve counter-designations to excerpts from depositions, interrogatory responses, and request for admissions responses. | August 8, 2014 | August 8, 2014 (unchanged) |
| TRIAL DATE. Trial shall commence in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. | August 11, 2014 at 9:00 a.m. | August 11, 2014 at 9:00 a.m. (unchanged) |

The proposed schedule consolidates the previous Case Management Scheduling Orders into one schedule, provides deadlines for *Daubert* motions, and moves the date for hearing summary judgment motions to a Thursday in order to conform with the Court's schedule for Civil Law & Motions.

It is so stipulated.

Dated:  March 14, 2014                                VINSON & ELKINS LLP

                                                     By:  *Efren Garcia*
                                                          Efren Garcia

                                                     *Attorneys for Plaintiff and Counterclaim Defendant SANDISK CORPORATION*

Dated:  March 14, 2014                                DESMARAIS LLP

                                                     By:  *Tamir Packin*
                                                          Tamir Packin

                                                     *Attorneys for Defendant and Counterclaim Plaintiff ROUND ROCK RESEARCH LLC*

### Civil L.R. 5-1(i)

I, Efren Garcia, hereby attest that Tamir Packin has concurred in the filing of this document.

                                                     By:  *Efren Garcia*
                                                          Efren Garcia

### CERTIFICATE OF SERVICE

The undersigned certifies that on March 14, 2014, the foregoing document was filed with the Clerk of the U. S. District Court for the Northern District of California, using the court's electronic case filing system (ECF), in compliance with Civil L.R. 5-1.  The ECF sends a Notice of Electronic Filing (NEF) to all parties and counsel who have appeared in this action and who have consented under Civil L.R. 5-1 to accept that NEF as service of this document.

                                                     Vinson & Elkins LLP

                                                     *Efren Garcia*
                                                     Efren Garcia

# [~~PROPOSED~~] ORDER

Pursuant to the above stipulation, **IT IS SO ORDERED.**

Dated: 3/24/14

_____
Honorable Richard Seeborg
United States District Judge