CHUCK P. EBERTIN (SBN 161374)
  cebertin@velaw.com
VINSON & ELKINS LLP
1841 Page Mill Road, Suite 200-B
Palo Alto, CA 94304
Tel:  (650) 687-8200 / Fax: (650) 618-1970

CHRISTOPHER V. RYAN (*pro hac vice*)
  cryan@velaw.com
EFREN GARCIA (*pro hac vice*)
  egarcia@velaw.com
SETH LINDNER (*pro hac vice*)
  slindner@velaw.com
JANICE L. TA (*pro hac vice*)
  jta@velaw.com
VINSON & ELKINS LLP
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX  78746
Tel: (512) 542-8400 / Fax: (512) 542-8612

CHARLES D. OSSOLA (*pro hac vice*)
  cossola@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Ave, NW Suite 500 West
Washington, D.C. 20037
Tel:  (202) 639-6558 / Fax: (202) 639-6604

DAVID J. TOBIN (*pro hac vice*)
  dtobin@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX  75201
Tel:  (214) 220-7700 / Fax (214) 220-7716

*Attorneys for Plaintiff and
Counterclaim Defendant
SANDISK CORPORATION*

DESMARAIS LLP
Jon T. Hohenthaner (*pro hac vice*)
  jhohenthaner@desmaraisllp.com
John C. Spaccarotella (*pro hac vice*)
  jspaccarotella@desmaraisllp.com
Ameet A. Modi (*pro hac vice*)
  amodi@desmaraisllp.com
Richard M. Cowell (*pro hac vice*)
  rcowell@desmaraisllp.com
230 Park Avenue
New York, NY  10169
Telephone: 212-351-3400
Facsimile:  212-351-3401

BLACK & HAMILL LLP
Bradford J. Black (SBN 252031)
  bblack@blackhamill.com
Andrew G. Hamill (SBN 251156)
  ahamill@blackhamill.com
4 Embarcadero Center, Suite 1400
San Francisco, CA  94111
Telephone: 415-813-6211
Facsimile:  415-813-6222

*Attorneys for Defendant and
Counterclaim Plaintiff
ROUND ROCK RESEARCH LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>    vs.<br><br>ROUND ROCK RESEARCH LLC,<br><br>        Defendant and Counterclaim Plaintiff. | Case No.  11-cv-05243-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING HEARING DATES FOR PENDING MOTIONS** |

1    Pursuant to Local Rule 6-2, the parties request that the Court set a common hearing date for various substantive motions currently pending.  Aside from administrative motions for leave to file under seal, the parties have six motions pending before the Court.  In particular, Round Rock Research L.L.C. ("Round Rock") has a motion for summary judgment regarding several affirmative defenses raised by SanDisk Corporation ("SanDisk"), including patent exhaustion.  [*See* Dkt. No. 123.]  SanDisk has a motion for summary judgment regarding anticipation of claims 1, 2, and 4 of U.S. Patent No. 6,383,839 ("the '839 patent").  [*See* Dkt. No. 141.]  SanDisk recently filed a motion for summary judgment requesting the following relief:  claim 14 of U.S. Patent No. 6,570,791 ("the '791 patent") is anticipated, Round Rock cannot seek damages for alleged infringement of the '791 patent before August 11, 2011, Round Rock cannot prove infringement of claim 1 of U.S. Patent No. 5,682,345 ("the '345 patent"), SanDisk does not infringe the '839 patent, and SanDisk's does not infringe the '345 patent, the '791 patent or U.S. Patent No. 6,845,053 ("the '053 patent") in view of its affirmative defense of patent exhaustion.  [*See* Dkt. No. 317.]  Round Rock recently filed a motion for summary judgment seeking the following relief:  SanDisk infringes claim 14 of the '791 patent, SanDisk infringes claim 39 of the '345 patent, SanDisk infringes claim 24 of the '053 patent, and the "Garner" reference does not anticipate claim 24 of the '053 patent.  [*See* Dkt. No. 314.]  Finally, SanDisk and Round Rock have each filed motions to strike certain portions different expert reports.  [*See* Dkt. Nos. 272 and 286.]

SanDisk and Round Rock respectfully request that the Court conduct a hearing on all six motions on April 25, 2014 – the date that the Court previously set for hearings on dispositive motions in this case.  [*See* Dkt. No. 239 ("Hearing on summary judgment motions or other pretrial motions . . . 04/25/14").]  This stipulation will not impact any of the dates set forth in the parties' recent stipulation regarding other pre-trial submissions.  [*See* Dkt. No. 322 (Order adopting stipulated dates).]

Dated:  March 24, 2014               VINSON & ELKINS LLP

                                     By:    */s/ Chuck P. Ebertin*
                                            Chuck P. Ebertin

                                     Attorneys for Plaintiff and Counterclaim
                                     Defendant SANDISK CORPORATION

Dated: March 24, 2014 　　　　　　　　　　DESMARAIS LLP

　　　　　　　　　　　　　　　　　　　　By:  */s/ Jon T. Hohenthaner*
　　　　　　　　　　　　　　　　　　　　　　Jon T. Hohenthaner (*admitted pro hac vice*)

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant and Counterclaim
　　　　　　　　　　　　　　　　　　　　Plaintiff ROUND ROCK RESEARCH LLC

### Civil L.R. 5-1(i)

I, Chuck P. Ebertin, hereby attest that Jon Hohenthaner has concurred in the filing of this document.

　　　　　　　　　　　　　　　　　　　　By:  */s/ Chuck P. Ebertin*
　　　　　　　　　　　　　　　　　　　　　　Chuck P. Ebertin

### CERTIFICATE OF SERVICE

The undersigned certifies that on March 24, 2014, the foregoing document was filed with the Clerk of the U. S. District Court for the Northern District of California, using the court's electronic case filing system (ECF), in compliance with Civil L.R. 5-1.  The ECF sends a Notice of Electronic Filing (NEF) to all parties and counsel who have appeared in this action and who have consented under Civil L.R. 5-1 to accept that NEF as service of this document.

　　　　　　　　　　　　　　　　　　　　Vinson & Elkins LLP


　　　　　　　　　　　　　　　　　　　　*/s/ Chuck P. Ebertin*
　　　　　　　　　　　　　　　　　　　　Chuck P. Ebertin

# [PROPOSED] ORDER

Pursuant to the above stipulation, the following pending motions are set for hearing on April 25, 2014: Dkt. Nos. 123 (Round Rock motion for summary judgment on several affirmative defenses), 141 (SanDisk motion for summary judgment regarding anticipation), 272 (SanDisk motion to strike portions of expert reports), 286 (Round Rock motion to strike portions of expert reports), 314 (Round Rock motion for summary judgment regarding certain infringement and validity disputes), and 317 (SanDisk's motion for summary judgment regarding exhaustion, non-infringement, damages, and invalidity).

**IT IS SO ORDERED.**

Dated: __3/24/14__

_____
Honorable Richard Seeborg
United States District Judge