CHRISTOPHER V. RYAN (*pro hac vice*)
  cryan@velaw.com
EFREN GARCIA (*pro hac vice*)
  egarcia@velaw.com
JANICE L. TA (*pro hac vice*)
  jta@velaw.com
SETH LINDNER(*pro hac vice*)
  slindner@velaw.com
**VINSON & ELKINS LLP**
2801 Via Fortuna, Suite 100
Austin, TX  78746
Tel: (512) 542-8400 / Fax: (512) 542-8612

DAVID J. TOBIN (*pro hac vice*)
  dtobin@velaw.com
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3700
Dallas, TX  75201
Tel:  (214) 220-7949 / Fax: (214) 999-7949

ROBERT A. VAN NEST (SBN 84065)
  rvannest@kvn.com
CHRISTA M. ANDERSON (SBN 184325)
  canderson@kvn.com
LEO L. LAM (SBN 181861)
  llam@kvn.com
RYAN K. WONG (SBN 257189)
  rwong@kvn.com
**KEKER & VAN NEST LLP**
633 Battery Street
San Francisco, CA  94111
Tel: (415) 391-5400 / Fax: (415) 397-7188

**Attorneys for Plaintiff and Counterclaim Defendant
SANDISK CORPORATION**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION, | Case No.  3:11-cv-05243-RS |
| Plaintiff and Counterclaim Defendant, | **NOTICE OF WITHDRAWAL OF CHUCK P. EBERTIN** |
| vs. | |
| ROUND ROCK RESEARCH LLC, | |
| Defendant and Counterclaim Plaintiff. | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE of the withdrawal of Chuck P. Ebertin as co-counsel for SanDisk Corporation, in the above-captioned matter.  Mr. Ebertin withdrew from Vinson & Elkins LLP effective April 16, 2014.  Vinson & Elkins LLP and Keker and Van Nest LLP will continue to appear as counsel on behalf of SanDisk Corporation.  The withdrawal will not delay or otherwise affect the proceedings in this matter.

Dated: April 17, 2014

VINSON & ELKINS LLP

By:  ___*/s/ Efren Garcia*___
Efren Garcia

Attorneys for Plaintiff and Counterclaim
Defendant, SANDISK CORPORATION

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on April 17, 2014, the foregoing document was filed with the Clerk of the U. S. District Court for the Northern District of California, using the court's electronic case filing system (ECF), in compliance with Civil L.R. 5-1.  The ECF sends a Notice of Electronic Filing (NEF) to all parties and counsel who have appeared in this action and who have consented under Civil L.R. 5-1 to accept that NEF as service of this document.

Vinson & Elkins LLP

*/s/ Efren Garcia*
Efren Garcia