| | |
|---|---|
| BLACK & HAMILL LLP<br>Bradford J. Black (SBN 252031)<br>bblack@blackhamill.com<br>Andrew G. Hamill (SBN 251156)<br>ahamill@blackhamill.com<br>4 Embarcadero Center, Suite 1400<br>San Francisco, California 94111<br>Telephone: 415-813-6210<br>Facsimile:  415-813-6222<br><br>DESMARAIS LLP<br>Jon T. Hohenthaner (admitted *pro hac vice*)<br>jhohenthaner@desmaraisllp.com<br>John C. Spaccarotella (admitted *pro hac vice*)<br>jspaccarotella@desmaraisllp.com<br>Tamir Packin (admitted *pro hac vice*)<br>tpackin@desmaraisllp.com<br>Richard M. Cowell (admitted *pro hac vice*)<br>rcowell@desmaraisllp.com<br>Ameet A. Modi (admitted *pro hac vice*)<br>amodi@desmaraisllp.com<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: 212-351-3400<br>Facsimile:  212-351-3401<br><br>*Attorneys for Defendant and Counterclaim Plaintiff ROUND ROCK RESEARCH LLC* | KEKER & VAN NEST LLP<br>Robert A. Van Nest (SBN 84065)<br>rvannest@kvn.com<br>Christa M. Anderson (SBN 184325)<br>canderson@kvn.com<br>Leo L. Lam (SBN 181861)<br>llam@kvn.com<br>Ryan K. Wong (SBN 267189)<br>rwong@kvn.com<br>633 Battery Street<br>San Francisco, CA  94111-1809<br>Tel: (415) 391-5400 / Fax:  (415) 397-7188<br><br>VINSON & ELKINS LLP<br>Christopher V. Ryan (*pro hac vice*)<br>cryan@velaw.com<br>Efren Garcia (*pro hac vice*)<br>egarcia@velaw.com<br>Seth Linder (*pro hac vice*)<br>slindner@velaw.com<br>Janice L. Ta (*pro hac vice*)<br>jta@velaw.com<br>2801 Via Fortuna, Suite 100<br>Austin, TX  78746<br>Tel: (512) 542-8400 / Fax: (512) 542-8612<br><br>*Attorneys for Plaintiff and Counterclaim Defendant SANDISK CORPORATION* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SANDISK CORPORATION,<br><br>　　　　Plaintiff and Counterclaim Defendant,<br><br>　v.<br><br>ROUND ROCK RESEARCH LLC,<br><br>　　　　Defendant and Counterclaim Plaintiff. | Case No. 3:11-cv-05243-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING CERTAIN CLAIMS AND ENTERING FINAL JUDGMENT** |

By Orders dated June 13, 2014, the Court granted SanDisk's motion for summary judgment of exhaustion on all of Round Rock's infringement claims relating to U.S. Patent Nos. 6,570,791 and 6,845,053 (Dkt. No. 358), and granted SanDisk's motion to strike its SD, microSD, and iNand

products from this case with respect to U.S. Patent No. 5,682,345 (Dkt. No. 360), among other things. In light of the Court's Orders, the only infringement allegations remaining in this case are: (i) the alleged infringement of U.S. Patent No. 6,383,839 in connection with SanDisk's microSD Memory Cards; and (ii) the alleged infringement of U.S. Patent No. 5,682,345 in connection with SanDisk's mDOC products.

In view of the limited potential recovery relating to the remaining infringement claims compared to the expense of proceeding with trial on these claims, Round Rock hereby covenants not to assert infringement claims against SanDisk or its customers for infringement of U.S. Patent No. 6,383,839 ("the '839 patent") based upon the past or future manufacture, use, sale, offer for sale, or importation of the SanDisk products currently at issue in this action with respect to the '839 patent, *i.e.*, the accused SanDisk microSD Memory Cards. Round Rock further covenants not to assert infringement claims against SanDisk or its customers for infringement of U.S. Patent No. 5,682,345 ("the '345 patent") based upon the past or future manufacture, use, sale, offer for sale, or importation of the SanDisk products currently at issue in this action with respect to the '345 patent, *i.e.*, the accused SanDisk mDOC products. The remaining claims in this action that were not resolved by the Court on summary judgment are therefore moot.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), SanDisk Corporation ("SanDisk") and Round Rock Research LLP ("Round Rock") hereby stipulate to dismiss the following causes of action in connection with the remaining pending claims in this action. SanDisk stipulates to dismiss its second cause of action (Declaratory Judgment of Invalidity of U.S. Patent No. 6,383,839) and its fourth cause of action (Declaratory Judgment of Non-Infringement of U.S. Patent No. 5,682,345) without prejudice, and Round Rock stipulates to dismiss the second count of its counterclaims (Infringement of U.S. Patent No. 5,682,345) and the seventh count of its counterclaims (Infringement of U.S. Patent No. 6,383,839) with prejudice.

No further issues remain for trial. The parties therefore respectfully request that the Court enter final judgment pursuant to its June 13, 2014, Order (Dkt. No. 358) in favor of SanDisk on its sixth cause of action (Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,570,791) and twelfth cause of action (Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,845,053),

| | |
|---|---|
| 1 | and against Round Rock on Count VIII of it counterclaims (Infringement of U.S. Patent No. |
| 2 | 6,570,791) and Count XII of its counterclaims (Infringement of U.S. Patent No. 6,845,053). Each |
| 3 | party shall bear its own costs and attorneys' fees. |

Dated: July 3, 2014                                                    Respectfully submitted,

By: /s/ Bradford J. Black                                    By: /s/ Leo L. Lam
Bradford J. Black                                              Leo L. Lam
BLACK & HAMILL LLP                                     KEKER & VAN NEST LLP
Bradford J. Black (SBN 252031)                         Robert A. Van Nest (SBN 84065)
bblack@blackhamill.com                                   rvannest@kvn.com
Andrew G. Hamill (SBN 251156)                       Christa M. Anderson (SBN 184325)
ahamill@blackhamill.com                                  canderson@kvn.com
4 Embarcadero Center, Suite 1400                     Leo L. Lam (SBN 181861)
San Francisco, California 94111                         llam@kvn.com
Telephone: 415-813-6210                                   Ryan K. Wong (SBN 267189)
Facsimile:  415-813-6222                                   rwong@kvn.com
                                                                         633 Battery Street
DESMARAIS LLP                                             San Francisco, CA  94111-1809
Jon T. Hohenthaner (admitted *pro hac vice*)      Tel: (415) 391-5400 / Fax:  (415) 397-7188
jhohenthaner@desmaraisllp.com
John C. Spaccarotella (admitted *pro hac vice*)  VINSON & ELKINS LLP
jspaccarotella@desmaraisllp.com                       Christopher V. Ryan (*pro hac vice*)
Tamir Packin (admitted *pro hac vice*)               cryan@velaw.com
tpackin@desmaraisllp.com                                 Efren Garcia (*pro hac vice*)
Richard M. Cowell (admitted *pro hac vice*)      egarcia@velaw.com
rcowell@desmaraisllp.com                                Seth Linder (*pro hac vice*)
Ameet A. Modi (admitted *pro hac vice*)           slindner@velaw.com
amodi@desmaraisllp.com                                  Janice L. Ta (*pro hac vice*)
230 Park Avenue                                              jta@velaw.com
New York, NY 10169                                        2801 Via Fortuna, Suite 100
Telephone: 212-351-3400                                   Austin, TX  78746
Facsimile:  212-351-3401                                   Tel: (512) 542-8400 / Fax: (512) 542-8612

*Attorneys for Defendant and Counterclaim*           *Attorneys for Plaintiff and Counterclaim*
*Plaintiff ROUND ROCK RESEARCH LLC*         *Defendant SANDISK CORPORATION*

## Civil L.R. 5-1(i)

I, Bradford J. Black, hereby attest that Leo L. Lam has concurred in the filing of this document.

By: /s/ Bradford J. Black
       Bradford J. Black

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 3, 2014, the foregoing document was filed with the Clerk of the U. S. District Court for the Northern District of California, using the court's electronic case filing system (ECF), in compliance with Civil L.R. 5-1.  The ECF sends a Notice of Electronic Filing (NEF) to all parties and counsel who have appeared in this action and who have consented under Civil L.R. 5-1 to accept that NEF as service of this document.

        /s/ Bradford J. Black
        Bradford J. Black

**[~~PROPOSED~~] ORDER**

Pursuant to the above stipulation, the following causes of action in connection with the remaining pending claims in this action are hereby dismissed. SanDisk's second cause of action (Declaratory Judgment of Invalidity of U.S. Patent No. 6,383,839) and its fourth cause of action (Declaratory Judgment of Non-Infringement of U.S. Patent No. 5,682,345) are hereby dismissed ***without prejudice***, and Round Rock's second count of its counterclaims (Infringement of U.S. Patent No. 5,682,345) and seventh count of its counterclaims (Infringement of U.S. Patent No. 6,383,839) are hereby dismissed ***with prejudice***.

Further, for the reasons set forth in the Court's June 13, 2014, Order (Dkt. No. 358), the Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 in favor of SanDisk Corporation on its sixth cause of action (Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,570,791) and twelfth cause of action (Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,845,053), and against Round Rock on Count VIII of it counterclaims (Infringement of U.S. Patent No. 6,570,791) and Count XII of its counterclaims (Infringement of U.S. Patent No. 6,845,053). This Order resolves all remaining issues between the parties, and each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 7/3/14

Honorable Richard Seeborg
United States District Judge