IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SANDISK CORPORATION,

      Plaintiff,

v.

ROUND ROCK RESEARCH LLC

      Defendant.
_____/

No. C 11-5243 RS

**JUDGMENT**

Pursuant to the stipulation of the parties filed this date, and the Order filed June 13, 2014, (Dkt. No. 358), judgment is hereby entered in favor of SanDisk on its sixth cause of action (Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,570,791) and twelfth cause of action (Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,845,053), and against Round Rock on Count VIII of it counterclaims (Infringement of U.S. Patent No. 6,570,791) and Count XII of its counterclaims (Infringement of U.S. Patent No. 6,845,053).  Each party shall bear its own costs and attorney fees.

IT IS SO ORDERED.

Dated: 7/3/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE